IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TIMOTHY ROSS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **04-696-DRH** |
| | ) | |
| **ROGER E. WALKER, JR., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is the defendants' motion to stay the dispositive motion deadline until 21 days after the Court rules on their pending motions to dismiss. **(Doc. 40)**.

**IT IS HEREBY ORDERED** that, for good cause shown, the subject motion **(Doc. 40)** is **GRANTED**. All dispositive motions shall be filed within 21 days from the filing date of the Court's final order regarding the defendants' motion to dismiss **(Docs. 20 and 25)**.

**IT IS SO ORDERED.**

**DATED: July 21, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**