IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY ROSS,**

**Plaintiff,**

**v.**

**ROGER E. WALKER, JR., et al.,**

**Defendants.**                                                            **No. 04-0696-DRH**

## ORDER

**HERNDON, District Judge:**

On July 25, 2007, the parties filed a stipulation to dismiss (Doc. 57). Specifically, the parties stipulate to dismiss the case with prejudice; without leave to reinstate and for each party to bear their own costs, attorney's fees and expenses. Pursuant to the stipulation, the Court **DISMISSES with prejudice** Plaintiff's cause of action.  Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 27th day of July, 2007.

/s/        David   RHerndon
United States District Judge