IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TIMOTHY ROSS, #A90183,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　　　　　**Cause No. 04-696 DRH**

**ROGER E. WALKER, JR., et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                  **NORBERT G. JAWORSKI, CLERK**

July 27, 2007　　　　　　　　　　　　By:  s/Patricia Brown
                                                      Deputy Clerk

APPROVED:  /s/   David  RHerndon
                **U.S. DISTRICT JUDGE**